**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

JUSTIN M. BOATRIGHT
REG. #25862-177                                                                                        PETITIONER

VS.                                             2:06CV00104 JMM/JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                      RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #1) is DENIED, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 22nd day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE