IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JUSTIN M. BOATRIGHT
REG. #25862-177                                                                    PETITIONER

VS.                              2:06CV00104 JMM/JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                    RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 22nd day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE